UNITED STATES BANKRUPTCY COURT
District of New Jersey

In re:  :  Case no.: **11-13085**
**Pennsylvania PET Associates, LLC**  :
 :  Chapter: **11**
 :
 :  Judge: **Novalyn L. Winfield**
Debtor(s)  :
 :

## AMENDMENT TO SCHEDULE D, E or F
## or LIST OF CREDITORS

Please specify the List or Schedule(s) to be amended:

☐  Schedule D - Creditors holding secured claims
☐  Schedule E - Creditors holding unsecured priority claims
☐  Schedule F - Creditors holding unsecured claims
☒  List of Creditors (Matrix)

---

The schedule or list indicated above, having been previously filed, is amended as follows:
(List creditors being added or deleted and indicate same; please use separate sheet if necessary)



I hereby certify under penalty that the above information is correct:

Dated: **February 18, 2011**    Debtor's signature: **/s/ Ronald J. Lissak**

Submit original and $26.00 fee.

If new creditors are being added as the result of this amendment, you must attach a matrix containing only those creditors being added.

```
UPS
P.O. Box 650580
Dallas, TX 75265
```